Case 3:24-cv-01171-DMS-LR   Document 23   Filed 02/13/25   PageID.300   Page 1 of 2

| | |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOZOT,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No.: 24cv1171-DMS(LR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [ECF NO. 22]** |

On February 13, 2025, the parties filed a "Joint Moton to Continue the Dates Set in the Court's Scheduling Order." (ECF No. 22.) They describe their discovery effort to date, and ask the Court to continue the deadline to complete fact discovery by thirty days so that they could complete remaining witness depositions. (ECF No. 22-1 at 2–4.) The parties further state that they "are actively meeting and conferring on discovery issues relating to electronically stored information ('ESI')," and ask the Court to continue by thirty days Plaintiff's deadline to request an informal Discovery Conference ("IDC"). (Id.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial

1

schedule if it cannot reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (internal quotation marks and citation omitted). "If that party was not diligent, the inquiry should end." Id.

Having considered the parties' joint motion and supporting declaration, the Court finds good cause, **GRANTS** the motion, and approves the parties' stipulation. Accordingly, the remaining depositions must be completed by **March 14, 2025**. Additionally, Plaintiff's deadline to request an IDC relating to ESI discovery is **CONTINUED** until **March 14, 2025**. All other deadlines and requirements from the Scheduling Order Regulating Discovery and Other Pretrial Procedures remain unchanged. (See ECF No. 12.)

**IT IS SO ORDERED**.

Dated: February 13, 2025

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge