UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOZOT,<br><br>                         Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>                        Defendants. | Case No.: 24cv1171-DMS(LR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE [ECF NO. 26]** |

      On March 14, 2025, the parties filed a "Joint Moton to Continue the Dates Set in the Court's Scheduling Order." (ECF No. 26.) They describe their discovery efforts to date, and ask the Court to continue the deadline for requesting an informal Discovery Conference ("IDC") relating to discovery of electronically stored information ("ESI") until April 21, 2025. (ECF No. 26-1 at 2–3.) In support, the parties state that they were unable to complete document productions by March 14, 2025, the current deadline for requesting and IDC. (Id. at 2.) The parties further allege that they have agreed to extend the deadline to request an IDC "to allow Defendant sufficient time to complete its collection of documents and subsequently produce said documents by April 21, 2025, absent any privilege protection as to those documents." (Id. at 3.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  This good cause standard "primarily considers the diligence of the party seeking the amendment.  The district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension."  <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992) (internal quotation marks and citation omitted).  "If that party was not diligent, the inquiry should end."  <u>Id.</u>

Having considered the parties' joint motion and supporting declaration, the Court finds good cause, **GRANTS** the motion, and approves the parties' stipulation.  Accordingly, Plaintiff's deadline to request an IDC relating to ESI discovery is **CONTINUED** from March 14, 2025, until **April 21, 2025**.  All other deadlines and requirements from the Scheduling Order Regulating Discovery and Other Pretrial Procedures remain unchanged.  (<u>See</u> ECF No. 12.)

**IT IS SO ORDERED**.

Dated:  March 17, 2025

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge